UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTERO OLIVEIRA,

                        Plaintiff,

    -against-                                    23 **CIVIL** 7427 (PMH)

## **JUDGMENT**

LARRY SCHWARTZ, in his official capacity as a
statutory pistol licensing officer for Westchester
County,

                        Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated January 30, 2025, the Court has GRANTED Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) and the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        January 31, 2025

                                                            **TAMMI M. HELLWIG**

                                                              **Clerk of Court**

                              **BY:**        *K. Mango*

                                                              **Deputy Clerk**